# United States Court of Appeals
# for the Fifth Circuit

No. 21-60050

In re: Dewayne Dearing,   1:21cv4

A True Copy
Certified order issued Mar 16, 2021

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

*Movant.*

_____

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of January 25, 2021.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
      Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT